Michael L. WAGNER, Appellant

v.

Kenneth WAINSTEIN, Appellee.

No. 05–5135.

United States Court of Appeals,
District of Columbia Circuit.

July 28, 2005.

Michael L. Wagner, Saratoga, CA, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellee.

Before GINSBURG, Chief Judge, and RANDOLPH and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on appellant's brief. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). Upon consideration of the foregoing and the motion for summary reversal, it is

ORDERED that the motion for summary reversal be denied. It is

FURTHER ORDERED AND ADJUDGED that the district court's orders, filed January 26, and February 11, 2005, dismissing the complaint with prejudice and denying reconsideration thereof, be affirmed. The district court correctly determined that appellant failed to establish that he met the requirements for Article III standing. *See Center for Law and Education v. U.S. Department of Education*, 396 F.3d 1152, 1157 (D.C.Cir.2005), citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.